

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2019 JUN 13 A 10: 57
WILLIAM W. BLEVINS
CLERK

**SEALED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**FELONY**

### INDICTMENT FOR
### VIOLATIONS OF THE SEXUAL ABUSE ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-00118 |
| v. | * | SECTION: SECT. D MAG. 3 |
| TRAVIS LAMONT MURRAY | * | VIOLATIONS: 18 U.S.C. § 2241(a) |
| | | 18 U.S.C. § 2242(1) |
| | * | |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1

### (Aggravated Sexual Abuse)

1. On or about May 25 and 26, 2004, the defendant, **TRAVIS LAMONT MURRAY**, was a member of the Armed Forces subject to Chapter 47 title 10, (the Uniform Code of Military Justice).

2. On or about May 30, 2006, the defendant, **TRAVIS LAMONT MURRAY**, was discharged from the United States Navy and no longer subject to Chapter 47 title 10, (the Uniform Code of Military Justice).

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No._____

3. The conduct described in this Count of the Indictment would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

4. The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of Louisiana, as provided by Title 18, United States Code, Section 3238, in that the last known residence of **TRAVIS LAMONT MURRAY** is in Jefferson Parish, Louisiana.

5. On or about the late evening hours of May 25, 2004 and the early morning hours of May 26, 2004, the defendant, **TRAVIS LAMONT MURRAY**, in Yokosuka City, Japan, did knowingly cause A.T. to engage in a sexual act, to wit, contact between the penis of defendant, **TRAVIS LAMONT MURRAY,** and the vulva of A.T. by the use of force against A.T. and by threatening A.T., placing A.T. in fear that A.T. would be subjected to death and serious bodily injury, in that the defendant, **TRAVIS LAMONT MURRAY,** grabbed A.T. and pushed her to the ground and choked A.T. with his hands and threatened to put A.T. to sleep, in violation of Title 18, United States Code, Section 2241(a), 3261(a)(2).

## COUNT 2

### (Sexual Abuse)

1. On or about May 25 and 26, 2004, the defendant, **TRAVIS LAMONT MURRAY,** was a member of the Armed Forces subject to Chapter 47 title 10, (the Uniform Code of Military Justice).

2. On or about May 30, 2006, the defendant, **TRAVIS LAMONT MURRAY,** was discharged from the United States Navy and no longer subject to Chapter 47 title 10, (the Uniform Code of Military Justice).

3. The conduct described in this Count of the Indictment would have constituted an offense punishable by imprisonment for more than one year if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States.

4. The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the Eastern District of Louisiana, as provided by Title 18, United States Code, Section 3238, in that the last known residence of **TRAVIS LAMONT MURRAY** is in Jefferson Parish, Louisiana.

5. On or about the late evening hours of May 25, 2004 and the early morning hours of May 26, 2004, the defendant, **TRAVIS LAMONT MURRAY**, in Yokosuka City, Japan, did knowingly cause A.T. to engage in a sexual act, to wit, contact between the penis of defendant, **TRAVIS LAMONT MURRAY,** and the vulva of A.T. by threatening A.T. and placing A.T. in fear, in that the defendant pushed A.T. to the ground and choked A.T. with his hands and threatened to put A.T. to sleep, in violation of Title 18, United States Code, Section 2242(1) and 3261(a)(2).

## NOTICE OF FORFEITURE

1. The allegations in Counts 1 and 2 are hereby realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America.

2. As a result of the offenses alleged in Counts 1 and 2, the defendant, **TRAVIS LAMONT MURRAY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all property constituting or traceable to gross profits or other proceeds obtained from said offenses, and any and all property used or intended to be used to commit or to promote the commission of said offenses.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253, and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.



BRIAN A. BENCZKOWSKI
Assistant Attorney General
of the Criminal Division

_/s/ Kathryn McHugh Asst for_
FRANK G. RANGOUSSIS
Senior Trial Attorney


PETER G. STRASSER
UNITED STATES ATTORNEY

_/s/_
KATHRYN M. MCHUGH
Assistant United States Attorney


New Orleans, Louisiana
June 13, 2019

5

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT
Eastern *District of* Louisiana
_____ Criminal _____ *Division*

## THE UNITED STATES OF AMERICA

vs.

TRAVIS LAMONT MURRAY

## INDICTMENT
INDICTMENT FOR VIOLATION
OF THE SEXUAL ABUSE ACT

VIOLATIONS:  18 U.S.C. § 2241(a)
18 U.S.C. § 2242(1)

A ▇

*Filed in open court this* _____ *day of*
_____ *A.D.*
2019.

_____
*Clerk*

*Bail, $* _____



KATHRYN MCHUGH
Assistant United States Attorney