UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-118 |
| TRAVIS LAMONT MURRAY | * | SECTION: "D" |

**UNOPPOSED MOTION AND INCORPORATED
MEMORANDUM TO CONTINUE TRIAL AND PRETRIAL CONFERENCE**

**NOW INTO COURT** comes defendant Travis Lamont Murray, who through undersigned counsel respectfully moves this Honorable Court for a continuance of the trial in this matter, which is presently set for January 13, 2020, and the pretrial conference, which is scheduled for December 19, 2019. Undersigned counsel notes that there is a status conference presently scheduled for November 6, 2019, and respectfully suggests that the parties and the Court discuss the matter of a continuance further at the scheduled conference, including the appropriate length time that should be permitted. The Government has indicated that it is not opposed to a continuance. It is undersigned counsel's understanding that prosecutors will need a certain amount of notice of any trial date due to complicated logistics related to the diverse locations where witnesses currently reside, a matter discussed in further detail below. This request is made on the basis of the following:

1.

Title 18, United States Code, Section 3161(h)(7)(A) provides, in pertinent part, that any period of delay resulting from a continuance granted on the basis of a court's findings that the ends of justice served by the granting of a continuance outweigh the best interest

of the public and the defendant in a speedy trial shall be excluded in computing the time within which the trial must commence.

2.

The factors which a judge shall consider in determining whether to grant a continuance are found in subsection 3161(h)(7)(B)(iv). One such factor is whether denial of a continuance would deny counsel for the defendant "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

3.

Title 18, United States Code, Sections 3161(c)(1) and (2) require that a trial commence not less than thirty nor more than seventy days from the defendant's appearance in court on the formal charges. Defendant Travis Lamont Murray was arraigned on the indictment on June 18, 2019. The trial in this matter was previously continued, thereby tolling the need for any speedy trial concerns.

4.

Undersigned counsel submits that additional time is necessary to complete discovery and investigation of the case. Since the parties last updated the Court, the Office of the Federal Public Defender also hired an investigator to review the case materials and gather relevant information to develop a full investigative plan for the case going forward. Defense counsel recently received and reviewed that plan, which indicates that the investigation of this case and preparation for trial likely will require locating over twenty

witnesses, a number of whom are believed to reside outside of the continental United States and some of whom may require additional resources to contact, such as interpreters.

In addition to taking steps to further the investigative plan, defense Counsel have examined the considerable discovery provided by the Government thus far to determine the scope of work necessary to prepare for trial, and counsel have made numerous records requests that have yielded returns of substantial documents that counsel are currently reviewing. Defense counsel also is in the process of identifying and contracting with a number of critical experts to examine the complex medical and scientific evidence involved in this case.

The information gathered thus far and the developed investigative plan confirm defense counsel's initial impression that this case will require substantial investigation far exceeding that of a normal case and will involve identifying and gathering additional resources. Accordingly, the defendant respectfully requests that the trial and pretrial conference be continued.

5.

In view of the above considerations, the granting of this motion would be in the best interests of justice and would outweigh the interests of the public and the defendant in a speedy trial.

6.

**WHEREFORE**, for the reasons stated herein, defendant Travis Lamont Murray respectfully requests that the trial and pretrial conference in the captioned matter be continued for at least 90 days.

Respectfully submitted this 1st day of November, 2019.

CLAUDE J. KELLY
Federal Public Defender


/s/Celia Rhoads
CELIA RHOADS
Assistant Federal Public Defender
Hale Boggs Federal Building
500 Poydras Street, Suite 318
New Orleans, Louisiana 70130
Telephone: (504) 589-7930
Bar No. NY5317185
Email: celia_rhoads@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Kathryn McHugh, Assistant United States Attorney, 650 Poydras Street, New Orleans, Louisiana 70130. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

   /s/Celia Rhoads
CELIA RHOADS
Assistant Federal Public Defender