UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 19-118 |
| TRAVIS LAMONT MURRAY | * | SECTION: "D" |

## **O R D E R**

The foregoing considered,

**IT IS ORDERED** that trial in the above-captioned matter is hereby continued until the day of _____, 2020, at _____ A.M. A final pretrial conference is scheduled for the _____ day of _____, 2020, at _____.M.

This motion is granted after explicitly finding that the ends of justice served by granting this motion outweigh the best interests of the public and the defendant in a speedy trial. This finding is made pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv). It is specifically found that failure to grant such a continuance, in the case when taken as a whole, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Accordingly, this motion is granted.

New Orleans, Louisiana, this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE