UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 19-118** |
| **v.** | * | **SECTION: "D"** |
| **TRAVIS LAMONT MURRAY** | * | |
| | * | |

### GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSED PROPOSED JURY INSTRUCTION OUT OF TIME

The United States of America, through the undersigned attorneys, moves to moves for leave to file the accompanying jury instruction to the Court out of time.

### BACKGROUND

The United States respectfully submits that this proposed jury instruction is pertinent and related to false exculpatory statements made by the defendant during a June 12, 2019, video-recorded statement to federal agents. Joint jury instructions were due to this Court on May 7, 2021. There is no prejudice to the defendant because the trial is set for Monday, January 24, 2022, nearly two months away.

### CONCLUSION

For the reasons stated in this memorandum, the United States respectfully requests that this Court grant the government's motion for leave to file their opposed proposed jury instruction out of time.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/Kathryn M. McHugh*
KATHRYN M. MCHUGH
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3043
E-mail: kathryn.mchugh@usdoj.gov

KENNETH A. POLITE, JR.
ASSISTANT ATTORNEY GENERAL
OF THE CRIMINAL DIVISION

*s/Frank Rangoussis*
FRANK G. RANGOUSSIS
Trial Attorney
U.S. Department of Justice
Human Rights and Special Prosecutions Section
1301 New York Avenue, N.W., Suite 1215
Washington, D.C.  20530
Telephone: (202) 305-8344
Frank.Rangoussis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/Kathryn M. McHugh*
KATHRYN M. MCHUGH
Assistant United States Attorney

2