UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| v. | * | NO. 19-118 |
| TRAVIS LAMONT MURRAY | * | SECTION: "D" |

* * *

**GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Assistant United States Attorney, who respectfully submits for the Court's consideration the following proposed jury instructions. Defense counsel objects to this proposed jury instruction.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

*s/ Kathryn M. McHugh*
KATHRYN M. MCHUGH
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3043
Kathryn.mchugh@usdoj.gov

KENNETH A. POLITE, JR.
Assistant Attorney General
of the Criminal Division

*s/ Frank Rangoussis*
FRANK G. RANGOUSSIS
Trial Attorney, U.S. Department of Justice
Human Rights and Special Prosecutions Section
1301 New York Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-8344
Frank.Rangoussis@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Kathryn M. McHugh*
KATHRYN M. MCHUGH
Assistant United States Attorney

**FALSE EXCULPATORY STATEMENTS**[1]

When a defendant voluntarily and intentionally offers an explanation, or makes some statement before trial tending to show his innocence, and this explanation or statement is later shown to be false, you may consider whether this evidence points to a consciousness of guilt. The significance to be attached to any such evidence is a matter for you to determine.

---

[1] Based on the Eighth Circuit Pattern Jury Instruction (2020). *United States v. Pringle*, 576 F.2d 1114 (5th Cir.1978)(approved instruction that an exculpatory statement by a defendant, later shown to be false, may show a consciousness of guilt); *See Also United States v. Simmons*, 470 F.3d 1115, (5th Cir. 2006)(a defendant's exculpatory statements which are shown by other evidence to be false may give rise to an inference of consciousness of guilt) and *United States v. Villarreal*, 324 F.3d 319 (5th Cir. 2003) (a defendant's exculpatory statements which are shown by other evidence to be false may give rise to an inference of consciousness of guilt).