MINUTE ENTRY
VITTER, J.
JANUARY 4, 2022
JS 1:30

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 19-118-WBV-DMD** |
| **TRAVIS LAMONT MURRAY** | **SECTION: "D" (3)** |

## TRIAL PREPARATIONS AND PROCEDURES ORDER

On January 4, 2022, the Court held a Final Pretrial Conference in this matter.

**PRESENT:**

**Jerrod E. Thompson-Hicks, Claude J. Kelly**[1]
Counsel for defendant, Travis Lamont Murray

**Frank Rangoussis, Kathryn McHugh**
Counsel for the Government

**Alexis Vice**
Court Reporter

**IT IS HEREBY ORDERED:**

1. The jury trial of this matter shall commence at **9:00 a.m. on January 24, 2022**. Estimated length of trial is **five (5) days**. Counsel shall attend a conference with the Court at 8:30 a.m. to resolve any issues that need to be addressed before trial begins. Each trial day after the first will begin at

---

[1] With the permission of the Court, defense counsel appeared by Zoom video conference. The Government voiced no objection to their appearance via video conference.

either 8:30 a.m. or 9:00 a.m., depending upon the preference of the jury (counsel must be present in court 30 minutes prior), and will conclude at approximately 5:00 p.m. The jury will be selected on that date. The jury will be composed of **twelve (12) jurors and three (3) alternates**. Each party will have three peremptory challenges.

2. The parties will each be allowed **25 minutes** for opening statements.

3. The Government shall have until **12:00 p.m. on Thursday, January 6, 2022** to advise the Court of any objections to Defendant's proposed voir dire questions, which were emailed to the Court on May 7, 2021. Any objections shall be sent to the Court's email address, efile-Vitter@laed.uscourts.gov.

4. The parties shall have until **Friday, January 7, 2022** to provide the Court with a Word version of their proposed voir dire questions and their joint, proposed jury instructions, which were previously emailed to the Court on May 7, 2021. The parties may email this to the Court's email address, efile-Vitter@laed.uscourts.gov.

5. The Court will provide counsel with a copy of its voir dire questions and proposed jury instructions before trial. Counsel shall be prepared to attend a charge conference after dismissal of the jury on **Tuesday, January 25, 2022 and/or Wednesday, January 26, 2022** to review and discuss the proposed jury instructions.

6. The parties shall have until **12:00 p.m. on Friday, January 14, 2022** to provide supplemental briefing regarding the proposed jury instruction

regarding aggravated sexual abuse, and whether unanimity is required on each element. Any supplemental brief shall be limited to **five (5) pages**.

7. The parties shall have until **Friday, January 14, 2022** to file an electronic copy of their joint, proposed jury verdict form.

8. On or before **Friday, January 14, 2022**, counsel shall confer and electronically file a joint statement of the case to be read to the jury venire. This statement should be brief, approximately two to three sentences, to give the venire an overview of the basis of the case.

9. For the reasons stated during the Pretrial Conference, the Court finds that good cause exists to modify the Amended Scheduling Order (R. Doc. 152) with respect to the deadline to file agreed upon stipulations. The parties shall have until **Friday, January 14, 2022** to file an electronic copy of any agreed upon stipulations.

10. The Government shall have until **Monday, January 17, 2022** to advise the Court via email whether any proposed exhibits will be withdrawn as a result of any agreed upon stipulations.

11. If Exhibit No. 51 is not withdrawn by the Government as a result of any agreed upon stipulations, Defendant shall have until **12:00 p.m. on Tuesday, January 18, 2022** to advise the Court via email what additional information needs to be redacted from Exhibit No. 51.

12. Counsel shall exchange any demonstrative exhibits that they intend to use in opening statements by **12:00 p.m. on Friday, January 21, 2022**.

Counsel are to make an appointment with Case Manager Melissa Verdun (504-589-7708) the week prior to trial to familiarize themselves and their support staff with the courtroom technology if they are not already experienced in its use.

If needed during trial, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax, and print services. Details and information on these services including conference room reservations can be found at http://nofaba.org or by contacting the Executive Director at 504-589-7799 or fbaneworleans@gmail.com.

New Orleans, Louisiana, January 4, 2022.

*Wendy B. Vitter*
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**